**Francisco REBOLLEDO–ADAN, Petitioner,**

v.

**Eric H. HOLDER Jr., Attorney General, Respondent.**

**No. 06–70391.**

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 15, 2009.*

Filed Dec. 30, 2009.

Martin Roy Robles, Esquire, Immigration Practice Group, A Professional Corporation, San Francisco, CA, for Petitioner.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

934

Ronald E. Lefevre, Office of the District Counsel Department of Homeland Security, San Francisco, CA, Mark Christopher Walters, Esquire, Assistant Director, Melissa Neiman–Kelting, Esquire, U.S. Department of Justice, Washington, DC, for Respondent.

Before: GOODWIN, WALLACE, and FISHER, Circuit Judges.

## MEMORANDUM **

Francisco Rebolledo–Adan, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' ("BIA") order denying his motion to reconsider. We have jurisdiction under 8 U.S.C. § 1252. We review for abuse of discretion the denial of a motion to reconsider, *Morales Apolinar v. Mukasey,* 514 F.3d 893, 895 (9th Cir.2008), and we deny the petition for review.

The BIA did not abuse its discretion in denying Rebolledo–Adan's motion to reconsider because the motion failed to identify any error of fact or law in the BIA's October 6, 2005, order. *See* 8 C.F.R. § 1003.2(b)(1).

**PETITION FOR REVIEW DENIED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).